James V. Weixel, Jr.  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
FORREST M. RICHARDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON,<br><br>        Plaintiff,<br><br>vs.<br><br>D.K. SISTO, Warden, et al.,<br><br>        Defendants. | Case No.: 2:10-CV-00025-GEB-EFB<br><br>Hon. Garland E. Burrell, U.S. District Judge<br>Hon. Edmund F. Brennan, U.S. Magistrate Judge<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT R. VELASQUEZ**<br><br>[Proposed]<br>**<u>ORDER</u>** |

   Plaintiff Forrest M. Richardson and defendant R. Velasquez, by and through their respective undersigned counsel, stipulate and agree that defendant R. Velasquez only may be dismissed from this action without prejudice, with each party to bear his own costs and fees, and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

///

///

///

---

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT R. VELASQUEZ – Page 1
*Forrest M. Richardson v. D.K. Sisto, Warden, et al.* – No. 2:10-CV-00025-GEB-EFB

1 | Dated: September 20, 2011.  **WEIXEL LAW OFFICE**

By: /s/ James V. Weixel, Jr.
James V. Weixel, Jr.

Attorney for Plaintiff
FORREST M. RICHARDSON

Dated: September 20, 2011.  **KAMALA D. HARRIS, Attorney General of California**

By: /s/ Diana Esquivel (as authorized on 9/20/2011)
Diana Esquivel, Deputy Attorney General

Attorney for Defendant
R. VELASQUEZ

### ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

---

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT R. VELASQUEZ – Page 2
*Forrest M. Richardson v. D.K. Sisto, Warden, et al.* – No. 2:10-CV-00025-GEB-EFB