1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST M. RICHARDSON,

    Plaintiff,                    No. CIV S-10-0025 GEB EFB P

    vs.

D.K. SISTO, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Defendant, D.K. Sisto, having filed a Request for court approval of substitution of attorneys, seeks to substitute Grant Lien, Deputy Attorney General, of the Office of the Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, as attorneys of record.

    For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for defendant D.K. Sisto in this action.

DATED: October 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE