IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST M. RICHARDSON,

        Plaintiff,                       No. CIV S-10-0025 GEB EFB P

        vs.

D.K. SISTO, et al.,

        Defendants.            <u>ORDER</u>

_____/

     Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the scheduling order of October 20, 2011 (ECF No. 40), is modified and the deadline to complete all law and motion, except as to discovery, is extended to April 2, 2012.  All other deadlines and orders contained in the scheduling order of October 20, 2011, remain in full force and effect.

     SO ORDERED.

DATED: February 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE