James V. Weixel  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
FORREST M. RICHARDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON, <br><br> Plaintiff, <br><br> vs. <br><br> D.K. SISTO, Warden, et al., <br><br> Defendants. | Case No.: 2:10-CV-00025-GEB-EFB <br><br> Hon. Garland E. Burrell, U.S. District Judge <br> Hon. Edmund F. Brennan, U.S. Magistrate Judge <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT D.K. SISTO** <br><br> [Proposed] <br> **ORDER** |

   Plaintiff Forrest M. Richardson and defendants D.K. Sisto, by and through their respective undersigned counsel, stipulate and agree that defendant D.K. Sisto only may be dismissed from this action with prejudice, with each party to bear his own costs and fees, and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

///

///

///

///

---

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT D.K. SISTO – Page 1
*Forrest M. Richardson v. D.K. Sisto, Warden, et al.* – No. 2:10-CV-00025-GEB-EFB

Dated:  February 10, 2012.    **WEIXEL LAW OFFICE**

By:   /s/ James V. Weixel
      James V. Weixel

      Attorney for Plaintiff
      FORREST M. RICHARDSON

Dated:  February 10, 2012.    **BURKE, WILLIAMS & SORENSEN LLP**

By:   /s/ Susan E. Coleman (per consent)
      Susan E. Coleman

      Attorney for Defendant
      D.K. SISTO

### ORDER

Based on the parties' stipulation, Defendant D.K. Sisto is dismissed with prejudice from this action.

IT IS SO ORDERED.
**Date:  2/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

---