1  James V. Weixel  (Bar No. 166024)
   **WEIXEL LAW OFFICE**
2  150 Post Street, Suite 520
   San Francisco, California 94108
3  Telephone:  (415) 682-9785
   Facsimile:  (866) 640-3918
4  Email:  *appeals@jimweixel.com*

5  Attorney for Plaintiff
   FORREST M. RICHARDSON

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12 FORREST M. RICHARDSON,              ) Case No.: 2:10-CV-00025-GEB-EFB
                                       )
13        Plaintiff,                   )
                                       ) Hon. Garland E. Burrell, U.S. District Judge
14                                     ) Hon. Edmund F. Brennan, U.S. Magistrate Judge
                                       )
15    vs.                              )
                                       ) **STIPULATION FOR DISMISSAL**
16                                     ) **WITHOUT PREJUDICE OF DEFENDANTS**
                                       ) **R. FERNANDEZ AND P. MEDINA**
17 D.K. SISTO, Warden, et al.,         )
                                       ) [Proposed]
18                                     ) **ORDER**
                                       )
19        Defendants.                  )
   _____    )

20

21

22    Plaintiff Forrest M. Richardson and defendants R. Fernandez and P. Medina, by and through

23 their respective undersigned counsel, stipulate and agree that defendants R. Fernandez and P. Medina

24 only may be dismissed from this action without prejudice, with each party to bear his own costs and fees,

25 and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

26 ///

27 ///

28 ///

_____
STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS R. FERNANDEZ, P. MEDINA – Page 1
*Forrest M. Richardson v. D.K. Sisto, Warden, et al.* – No. 2:10-CV-00025-GEB-EFB

1  Dated:  February 10, 2012.          **WEIXEL LAW OFFICE**

              By:    /s/ James V. Weixel
                     James V. Weixel

                     Attorney for Plaintiff
                     FORREST M. RICHARDSON

Dated:  February 10, 2012.          **KAMALA D. HARRIS, Attorney General of California**

              By:    /s/ Diana Esquivel (per consent)
                     Diana Esquivel, Deputy Attorney General

                     Attorney for Defendants
                     R. FERNANDEZ and P. MEDINA

### ORDER

Based on the parties' stipulation, Defendants Fernandez and Medina are dismissed without prejudice from this action.

IT IS SO ORDERED.

**Date:  2/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge