James V. Weixel  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
FORREST M. RICHARDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON, </br></br> Plaintiff, </br></br> vs. </br></br> D.K. SISTO, Warden, et al., </br></br> Defendants. | Case No.: 2:10-CV-00025-GEB-EFB </br></br> Hon. Garland E. Burrell, U.S. District Judge </br> Hon. Edmund F. Brennan, U.S. Magistrate Judge </br></br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS R. FERNANDEZ AND P. MEDINA** </br></br> [Proposed] </br> **ORDER** |

Plaintiff Forrest M. Richardson and defendants R. Fernandez and P. Medina, by and through their respective undersigned counsel, stipulate and agree that defendants R. Fernandez and P. Medina only may be dismissed from this action without prejudice, with each party to bear his own costs and fees, and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

///

///

///

Dated:  February 10, 2012.                    **WEIXEL LAW OFFICE**


By:    /s/ James V. Weixel
            James V. Weixel

Attorney for Plaintiff
FORREST M. RICHARDSON


Dated:  February 10, 2012.                    **KAMALA D. HARRIS, Attorney General of California**


By:    /s/ Diana Esquivel (per consent)
            Diana Esquivel, Deputy Attorney General

Attorney for Defendants
R. FERNANDEZ and P. MEDINA


### ORDER

Based on the parties' stipulation, Defendants Fernandez and Medina are dismissed without prejudice from this action.

IT IS SO ORDERED.

**Date:  2/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge