James V. Weixel  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
FORREST M. RICHARDSON


J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
NICOLE ROMAN (SBN 267730)
nroman@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
J. MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>D.K. SISTO, Warden, et al.,<br><br>    Defendants. | Case No.:  2:10-CV-00025-GEB-EFB<br><br>Hon. Garland E. Burrell, U.S. District Judge<br>Hon. Edmund F. Brennan, U.S. Magistrate Judge<br><br>**STIPULATION FOR DISMISSAL OF THIRD, FOURTH, AND FIFTH CAUSES OF ACTION WITHOUT PREJUDICE**<br><br>[Proposed]<br>**<u>ORDER</u>** |

///

///

---

STIPULATION AND ORDER FOR DISMISSAL OF THIRD, FOURTH, AND FIFTH CAUSES OF ACTION – Page 1
*Forrest M. Richardson v. D.K. Sisto, Warden, et al.* – No. 2:10-CV-00025-GEB-EFB

Plaintiff Forrest M. Richardson and defendant J. Mendez, by and through their respective undersigned counsel, stipulate and agree that the Third, Fourth, and Fifth Causes of Action of the First Amended Complaint may be dismissed without prejudice, with each party to bear his own costs and fees, and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

Dated:  March 13, 2012.                    **WEIXEL LAW OFFICE**


By:___/s/ James V. Weixel_____
     James V. Weixel

Attorney for Plaintiff
FORREST M. RICHARDSON


Dated:  March 13, 2012.                    **ANDRADA & ASSOCIATES**


By:___/s/ Nicole Roman (per consent)_____
     Nicole

Attorney for Defendant
J. MENDEZ


## ORDER

Based on the parties' stipulation, the Third, Fourth, and Fifth Causes of Action of the First Amended Complaint are dismissed without prejudice.

IT IS SO ORDERED.

**Date: 3/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge