J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
NICOLE ROMAN (SBN 267730)
nroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendant
J. MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D.K. SISTO, Warden, California State Prison – Solano; Correctional Officer J. MENDEZ, Badge No. 53571; Correctional Sergeant R. FERNANDEZ, Badge No. 52154; Correctional Officer R. VELASQUEZ, Badge No. 57665; Correctional Officer P. MEDINA, Badge No. 57561; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-00025-GEB EFB<br><br>Action Filed:  June 2, 2010<br>Trial Date:     August 28, 2012<br><br>**STIPULATION REGARDING EXPERT WITNESS DISCLOSURE; ORDER RE: SAME** |

The parties, by and through their attorneys of record, stipulate to modify the scheduling order to extend the deadline to disclose expert witnesses. The current deadline to disclose expert witnesses is April 25, 2012. (Docket No. 40.) The parties stipulate to a thirty-day extension of this deadline up to and including May 25, 2012. Rebuttal expert disclosure shall be completed by June 16, 2012.

Good cause exists to modify the scheduling order and extend the deadline. Defendant Mendez has filed a motion for summary judgment, which will be heard on April 25, 2012. Should the Court grant Defendant Mendez's motion, the case would be dismissed in its entirety, and thus no expert witness testimony would be necessary.

An extension to May 25 will allow the parties to retain expert witnesses and prepare reports as

1 needed in response to the Court's ruling on Defendant Mendez's motion.

2      The requested extension will not affect any other scheduling dates.

Dated:    April 16, 2012              ANDRADA & ASSOCIATES

By  */s/ Nicole Roman*
     NICOLE ROMAN
     Attorneys for Defendant J. MENDEZ

Dated:    April 16, 2012              WEIXEL LAW OFFICE

By  */s/ James V. Weixel, Jr.*
     JAMES V. WEIXEL, JR.
     Attorneys for Plaintiff
     FORREST M. RICHARDSON

     Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the scheduling order of October 20, 2011 (Docket No. 40), is modified and the deadline for the parties to disclose expert witnesses is extended to May 25, 2012. Rebuttal expert disclosure shall be completed by June 16, 2012. All other deadlines and orders contained in the scheduling order remain in full force and effect.

     IT IS SO ORDERED.

DATED: April 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2