IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST M. RICHARDSON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MENDEZ,<br><br>        Defendant.<br>_____ | 2:10-cv-00025-GEB-EFB<br><br>ORDER RE: DEFENDANT'S MOTION<br>IN LIMINE NO. 2<sup>*</sup> |

        Defendant "moves to exclude all evidence of 'facts and circumstances' in support of the Fourth Cause of Action of the First Amended Complaint and all evidence regarding any conspiracy or racial animus on the part of [Defendant], and the former co-defendants Sergeant Fernandez, Officer Velasquez, and Officer Medina." (Def.'s Mots. in Limine 3:3-6, ECF No. 90.) Defendant "further moves to exclude any reference to racial comments or remarks by [Defendant] or any allegation that [Defendant's] actions during the subject incident were racially motivated." (Id. at 3:24-26.) Defendant argues such evidence "is irrelevant under Rule 402," should be excluded under Rule 403, and includes inadmissible hearsay. (Id. at 3:27-4:5.)

        Defendant's focus in his motion on a claim that has not been preserved for trial in the February 25, 2013 Pretrial Order appears

---

       <sup>*</sup>    This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

misplaced since the Pretrial Order contains the issues that will be tried. See United States v. First Nat. Bank of Circle, 652 F.2d 882, 886 (9th Cir. 1981) (stating a party offer may not offer "evidence or advance theories at the trial which are not included in the order or which contradict its terms"). Further, the balance of Defendant's motion is overly broad and is not presented in a sufficient context for an in limine ruling. See Colton Crane Co., LLC v. Terex Cranes Wilmington, Inc., No. CV 08-8525 PSG (PJWx), 2010 WL 2035800, at *1 (C.D. Cal. May 19, 2010) (stating "motions in limine should rarely seek to exclude broad categories of evidence, as the court is almost always better situated to rule on evidentiary issues in their factual context during trial").

For the stated reasons, this motion is DENIED.

Dated:  August 16, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge