```
 1
 2
 3
 4
 5
 6                    IN THE UNITED STATES DISTRICT COURT
 7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9   FORREST M. RICHARDSON,           )
                                      )    2:10-cv-00025-GEB-EFB
10              Plaintiff,            )
                                      )
11        v.                          )    ORDER RE: DEFENDANT'S MOTION
                                      )    IN LIMINE NO. 3*
12   J. MENDEZ,                       )
                                      )
13              Defendant.            )
     _____ )
14
```

Defendant "moves to exclude all non-expert testimony stating that the incident on February 13, 2007 caused, was a substantial factor in causing, or was associated with the Plaintiff's alleged injuries." (Def.'s Mots. in Limine 4:12-13, ECF No. 90.)

It is unclear what evidence is involved in this motion, therefore it is DENIED. See Colton Crane Co., LLC v. Terex Cranes Wilmington, Inc., No. CV 08-8525 PSG (PJWx), 2010 WL 2035800, at *1 (C.D. Cal. May 19, 2010) (stating "motions in limine should rarely seek to exclude broad categories of evidence, as the court is almost always better situated to rule on evidentiary issues in their factual context during trial"); see also Weiss v. La Suisse, Soc'y D'Assurances Sur La Vie, 293 F. Supp. 2d 397, 407-08 (S.D.N.Y. 2003) (denying motion to

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

exclude evidence for a "lack[] of specificity[,]" stating "[n]o particular documents or testimony have been identified in the motion")

Dated:  August 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge