IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST M. RICHARDSON,          )
                                )   2:10-cv-00025-GEB-EFB
          Plaintiff,            )
                                )
     v.                         )   ORDER RE: PLAINTIFF'S MOTION
                                )   IN LIMINE NO. 6[*]
J. MENDEZ,                      )
                                )
          Defendant.            )
_____)

Plaintiff "moves in limine for an order precluding [Defendant] from relying at trial upon any purported rule or other policy that is alleged to have existed at Yard 3 at California State Prison-Solano ("CSP-Solano") at the time of the subject incident to the effect that inmates were supposedly prohibited from carrying coffee or other drinks into the chow hall on that yard[,]" and precluding Defendant "from presenting evidence or otherwise arguing that such a rule existed." (Pl.'s Mot. in Limine No 6, 21-26, ECF No. 88.) Plaintiff argues "even if such a rule existed - which [Plaintiff] submits it did not - then the rule or policy was an illegal and unenforceable 'underground regulation' that could provide no justification for [Defendant's] actions." (Id. at 1:26-28.)

Defendant rejoins that the referenced Yard 3 rule existed, and "[i]n any event, Plaintiff's contention that no such rule existed does

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

not provide any grounds for excluding evidence of the same." (Def.'s Opp'n to Pl.'s Mots. in Limine 14:12-16, 14:28-15:1, ECF No. 92.)

This motion involves law and motion issues and was filed after the prescribed last hearing date for such matters. Therefore, it is DENIED. See Coltron Crane Co., LLC v. Terex Cranes Wilmington, Inc., No. CV 08-8525 PSG (PJWx), 2010 WL 2035800, at *1 (C.D. Cal. May 19, 2010) (stating "motions in limine [are not] an appropriate means to resolve factual disputes or weigh evidence"); C & E Servs., Inc. v. Ashland Inc., 539 F. Supp. 2d 316, 323 (D.D.C. 2008) (same).

Dated:  August 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge